# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

160151 & (118)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* N. J. PENDER, Minor.

SC: 160151
COA: 345008
Wayne CC Family Division:
16-523759-NA

_____/

On order of the Court, the application for leave to appeal the July 9, 2019 judgment of the Court of Appeals and the joint motion are considered. We DIRECT the movants to file a brief citing legal authority in support of their joint motion within 28 days after the date of this order.

The application for leave to appeal and the joint motion remain pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk

p1120